LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 13-2028-GAF | Date | March 13, 2014 |
|---|---|---|---|
| Title | Robert Elguezabal v. Tequila Hoppers Bar & Grill, Inc. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Linda Jackson Williams for Stephen Montes Kerr | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      **(In Chambers)**

## ORDER TO SHOW CAUSE

This case is currently scheduled for a Rule 26(f) conference on Monday, March 17, 2014, at 1:30 p.m.  To date, the Court has not received a joint report as required by its order of January 23, 2014.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution.  The response to this order must be filed with the Court no later than the close of business on Friday, March 21, 2014.  **FAILURE TO RESPOND TO THIS OSC WILL BE DEEMED CONSENT TO THE DISMISSAL OF THE ACTION.**

The scheduling conference now set for March 17, 2014 is **ORDERED OFF CALENDAR.**

   **IT IS SO ORDERED.**