JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Elguezabal,<br><br>    Plaintiff,<br><br>v.<br><br>Tequila Hoppers Bar & Grill, Inc., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case:ED-CV-13-02028-GAF(SPX)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 9, 2014

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE

JS-6

1

Stipulation for Dismissal      Case: ED-CV-13-02028-GAF(SPX)